UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIN MAUREEN O'LEARY,

        Plaintiff,

v.                                                  Case No. 11-CV-14052
                                                        Honorable Denise Page Hood

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date February 26, 2013, this cause of action is **DISMISSED**.  Accordingly, judgment is entered in favor of Defendant and against Plaintiff.

Dated at Detroit, Michigan this 26th day of February, 2013.

                                                      DAVID J. WEAVER
                                                      CLERK OF THE COURT

                                                      BY: LaShawn R. Sauslberry
                                                           Deputy Clerk

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was served upon counsel of record on February 26, 2013, by electronic and/or ordinary mail.

                                      S/LaShawn R. Saulsberry
                                      Case Manager